# LAW OFFICE OF SAM A. SCHMIDT

115 BROADWAY SUITE 1704
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
e-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2020

March 6, 2020

*3/6/2020*

*Matter adj. to June 3, 2020 at 4:00 p.m.*

*[signature] Colleen McMahon*

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Victor Hidalgo-Mendoza*
    18 Cr. 802 (CM)

Dear Honorable Chief Judge McMahon:    **MEMO ENDORSED**

On January 3, 2020, Mr. Hidalgo entered a plea of guilty before a magistrate judge. April 6, 2020 was set as a control date. I am scheduled to be out of town on vacation from March 30 to April 13, 2020. I am requesting that Mr. Hidalgo's sentence be adjourned to a date on or after May 18, 2020. The government has no objection to this request.

Thank you for your Honor's consideration.

Sincerely,
/s/

Sam A. Schmidt