UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

       v.                                           18 CR 802-02 (CM)

**ORDER**

VICTOR HIDALGO,

        Defendant.
----------------------------------------------------------X

McMahon, C.J.:

    The Court will sentence Mr. Hidalgo this Thursday, June 4, 2020, at 11:00 a.m., *via* video/teleconference. Counsel will receive an email with instructions on how to participate.

    This will be an open proceeding—the press and the public (including defendant's family members) are welcomed to listen to the proceeding *via* telephone, but will not be allowed to speak. The public call-in number is 855-268-7844; the access number to be entered when prompted is 32091812#; and the PIN number is 9921299#.

June 3, 2020

                                              Colleen McMahon
                                              Chief Judge